# Order

Michigan Supreme Court
Lansing, Michigan

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

147436

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re Forfeiture of Bail Bond
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 147436
COA: 308512
Oakland CC: 2011-237340-FH

BERNARD WILLIAM KADE,
      Defendant,
and

BUDGET BAIL BOND AGENCY, L.L.C.,
      Surety-Appellee.

_____/

     On order of the Court, the application for leave to appeal the June 6, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



t0923

                      Clerk